304

**DAVIS v. STATE.**
No. 20360.

Court of Criminal Appeals of Texas.
April 19, 1939.

Milton H. Mulitz, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed being twenty five years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

**KING v. STATE.**
No. 20375.

Court of Criminal Appeals of Texas.
April 19, 1939.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is theft of cattle; the punishment assessed is confinement in the state penitentiary for a term of 6 years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense, and procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.